UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
(Richmond Division)

| | |
|---|---|
| A-T SOLUTIONS, INC.<br>    Plaintiff,<br><br>v.<br><br>R3 STRATEGIC SUPPORT GROUP, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 3:16-cv-00007-JAG<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff A-T Solutions, Inc., by and through undersigned counsel, and provides notice that it hereby dismisses its Complaint, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Submitted this 25th day of January, 2016.

                                                           */s/ Billy B. Ruhling, II*
                                                           Billy B. Ruhling, II (VSB # 45822)
                                                           DiMuroGinsberg, P.C.
                                                           1101 King Street, Suite 610
                                                           Alexandria, VA 22314
                                                           Tel: (703) 684-4333
                                                           Fax: (703) 548-3181
                                                           bruhling@dimuro.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 25th day of January, 2016 a true and accurate copy of the foregoing was filed electronically using the Court's CM/ECF system, which automatically serves all attorneys of record including:

Michael S. McNamara, Esq. (Pro Hac Vice)
Clare M. Cavaliero, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, DC 20036
Tel: (202) 663-9386
Fax: (202) 422-2585
michael.mcnamara@pillsburylaw.com
clare.cavaliero@pillsburylaw.com
*Attorneys for Defendant*

*/s/ Billy B. Ruhling, II*
Billy B. Ruhling, II